ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 4:20 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00086-CV

# IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS
### AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 4:20:12 PM
CHRISTOPHER A. PRINE
Clerk

CITY OF GRAND PRAIRIE, CITY OF ALEDO, CITY OF ANGLETON, CITY OF AUBREY, CITY OF BULVERDE, CITY OF CIBOLO, CITY OF CLYDE, CITY OF COLLEGE STATION, CITY OF CRADALL, CITY OF DENISON, CITY OF EDCOUCH, CITY OF ELSA, CITY OF FATE, CITY OF HUTTO, CITY OF KAUFMAN, CITY OF LAVILLA, CITY OF LOCKHART, CITY OF MCKINNEY, CITY OF NAVASOTA, CITY OF PARKER, CITY OF VAN ALSTYLE, AND AUBREY MUNICIPAL DEVELOPMENT DISTRICT
*Appellants – Plaintiffs*

CITY OF BROWNSVILE, CITY OF ANNA, AND CITY OF BONHAM
*Appellants – Intervenor Plaintiffs*

2020 LONG TAIL TRAIL INVESTMENTS, LLC
*Appellants – Intervenor Defendant*

v.

THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY, TEXAS COMPTROLLER OF PUBLIC CAPACITY, TEXAS COMPROLLER OF PUBLIC ACCOUNTS GLENN HAGAR, IN HIS OFFICIAL CAPACITY, AND THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
*Appellees – Defendants*

---

## APPELLANT CITY OF BROWNSVILLE'S NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION OF LEAD COUNSEL

---

Pursuant to Texas Rule of Appellate Procedure 6.1, Appellant City of

Brownsville provides this Notice of Appearance and Notice of Designation of

Lead Counsel in this appeal. Notice is hereby given that Wm. Andrew Messer, Timothy A. Dunn and Brad E. Bullock of the law firm of Messer Fort, PLLC hereby enter an appearance as counsel of record and designate Wm. Andrew Messer as lead counsel for Appellant City of Brownsville in all further proceedings in this cause and request that all future notices from the Court and filings of the parties be transmitted to the following address:

Wm. Andrew Messer
Texas State Bar No. 13472230
andy@txmunicipallaw.com
Timothy A. Dunn
Texas State Bar No. 24050542
taddunn@txmunicipallaw.com
MESSER FORT, PLLC
6371 PRESTON ROAD, SUITE 200
FRISCO, TX 75034
972.668.6400 – TELEPHONE
972.668.6414 – FACSIMILE

and

Bradford E. Bullock
Texas State Bar No. 00793423
brad@txmunicipallaw.com
MESSER FORT, PLLC
4201 W. PARMER LANE., STE C-150
AUSTIN, TEXAS 78727
512.930.1317 – TELEPHONE
972.668.6414 – FACSIMILE

Respectfully submitted,

*/s/ Wm. Andrew Messer*
**WM. ANDREW MESSER**
STATE BAR NO. 13472230
andy@txmunicipallaw.com
**TIMOTHY A. DUNN**
STATE BAR NO. 24050542
taddunn@txmunicipallaw.com
**MESSER FORT, PLLC**
6371 PRESTON ROAD, SUITE 200
FRISCO, TEXAS 75034
TELEPHONE – 972-668-6400
FACSIMILE – 972-668-6414

**BRADFORD E. BULLOCK**
STATE BAR NO. 00793423
brad@txmunicipallaw.com
**MESSER FORT, PLLC**
4201 Parmer Lane, Suite C150
Austin, Texas 78727-4168
512.930.1317 – Telephone
**COUNSEL FOR PLAINTIFF**

and

*/s/Guillermo "Will" Trevino*
CITY OF BROWNSVILLE
GUILLERMO "WILL" TREVIÑO
CITY ATTORNEY
STATE BAR NO. 24044743
LITIGATION@BROWNSVILLETX.GOV
WILL.TREVINO@BROWNSVILLETX.GOV
(956) 548 – 6070
1001 EAST ELIZABETH STREET
BROWNSVILLE, TEXAS 78520

LENA CHAISSON-MUÑOZ
ASSISTANT CITY ATTORNEY / CHIEF
PROSECUTOR

STATE BAR NO. 24085244
LENA.MUNOZ@BROWNSVILLETX.GOV
JENNIFER AVENDAÑO
FIRST ASSISTANT CITY ATTORNEY
STATE BAR NO. 24052304
JENNIFER.AVENDANO@BROWNSVILLETX.GOV
CRISELDA RINCON-FLORES
ASSISTANT CITY ATTORNEY
STATE BAR NO. 24049412
CRISELDA.FLORES@BROWNSVILLETX.GOV

COUNSEL FOR APPELLANT
CITY OF BROWNSVILLE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent via electronic service to Appellants' attorneys of record, in compliance with Rule 6.3 of the Texas Rules of Appellate Procedure, on July 24, 2025, including the following counsel of record:

*/s/Wm. Andrew Messer*
Wm. Andrew Messer

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 103563566
Filing Code Description: Other Document
Filing Description: Appellant City of Brownville's Notice of Appearance and Notice of Designation of Lead Counsel
Status as of 7/24/2025 4:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 7/24/2025 4:20:12 PM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 7/24/2025 4:20:12 PM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 7/24/2025 4:20:12 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 7/24/2025 4:20:12 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 7/24/2025 4:20:12 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 7/24/2025 4:20:12 PM | SENT |
| William Thompson | | will@lkcfirm.com | 7/24/2025 4:20:12 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 7/24/2025 4:20:12 PM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 7/24/2025 4:20:12 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/24/2025 4:20:12 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 7/24/2025 4:20:12 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 7/24/2025 4:20:12 PM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 7/24/2025 4:20:12 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 7/24/2025 4:20:12 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/24/2025 4:20:12 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 7/24/2025 4:20:12 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 103563566
Filing Code Description: Other Document
Filing Description: Appellant City of Brownville's Notice of Appearance and Notice of Designation of Lead Counsel
Status as of 7/24/2025 4:23 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/24/2025 4:20:12 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 7/24/2025 4:20:12 PM | SENT |